# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONTARIOUS DAQUAN MACK, SR., | NO. CV 09–1638 DSF (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| D.K. SISTO, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 7/23/12

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE